AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>PARKER, JAMES A. | **2. Court or Organization**<br><br>U.S. DISTRICT COURT | **3. Date of Report**<br><br>04/18/2016 |

**4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

U.S.DIST.JUDGE(SENIOR)

**5a. Report Type** (check appropriate type)

☐ Nomination    Date

☐ Initial    ☑ Annual    ☐ Final

**5b.** ☐ Amended Report

**6. Reporting Period**

01/01/2015
to
12/31/2015

**7. Chambers or Office Address**

421 Gold Ave., S.W.
ALBUQUERQUE, N.M. 87102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Manager | JPFP Family, LLC |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 04/18/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 04/18/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 04/18/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bascom ValueAdded Apartment Investors II | A | Distribution | L | U | | | | | |
| 2. Bank of Am Checking/Savings (Albuquerque, NM) | A | Interest | L | T | | | | | |
| 3. Bank of Am CDs/Checking Acct (LLC) (Denver, CO) | A | Interest | J | T | | | | | |
| 4. REAL ESTATE INTERESTS (H) | | | | | | | | | |
| 5. Parcel #1, Harris Co., TX (Undivided 50%) (LLC) ($278,174) | | None | J | S | | | | | |
| 6. Parcel #3, Harris Co., TX (Undivided 50%) (LLC) ( $1,817,168) | | None | | | Sold | 10/06/15 | J | A | Asset Preservation |
| 7. Parcel #1, Live Oak Co., TX (Undivided 50%) (LLC) ($53,349) | A | Rent | J | S | | | | | |
| 8. Parcel #1, Bernalillo Co. NM (Undivided 25%) (LLC) ($40,725) | | None | J | S | | | | | |
| 9. Parcel #2, Bernalillo Co., NM (Undivided 50%) (LLC) ($37,850) | | None | J | S | | | | | |
| 10. Parcel #1, La Plata Co., CO (Undivided 25%) (LLC) ($55,000) | A | Rent | J | S | | | | | |
| 11. MINERAL PROPERTIES OKLAHOMA: (H) | | | | | | | | | |
| 12. Love Co. | A | Royalty | J | W | | | | | |
| 13. MINERAL PROPERTIES TEXAS: (H) | | | | | | | | | |
| 14. Live Oak Co (LLC) | A | Royalty | J | W | | | | | |
| 15. MINERAL PROPERTIES COLORADO: (H) | | | | | | | | | |
| 16. Adams Co.(LLC) | A | Distribution | J | U | | | | | |
| 17. Arapahoe Co. (LLC) | A | Distribution | J | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 04/18/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Weld Co. (LLC) | C | Distribution | J | U | | | | | |
| 19. Washington Co. (LLC) | A | Distribution | J | U | | | | | |
| 20. Mile Hi Flea Market (LLC) | A | Distribution | J | W | | | | | |
| 21. Westfield Res. Partners (LLC) | | None | J | W | | | | | |
| 22. Denver Minerals & Royalty | D | Distribution | J | W | | | | | |
| 23. | | | | | | | | | |
| 24. FIDUCIARY TRUST INT'L ACCOUNT: (H) | | | | | | | | | |
| 25. Celgene Corp | | None | K | T | | | | | |
| 26. Franklin Int'l Growth Fund | A | Interest | K | T | Sold (part) | 03/05/15 | J | A | |
| 27. Franklin Large Cap Equity | D | Interest | O | T | Sold (part) | 03/05/15 | K | D | |
| 28. | | | | | Buy (add'l) | 12/15/15 | K | | |
| 29. Franklin Small Cap | A | Dividend | M | T | Buy (add'l) | 03/05/15 | J | | |
| 30. | | | | | Buy (add'l) | 12/15/15 | J | | |
| 31. | | | | | | | | | |
| 32. Templeton Inst'l Funds Foreign Equity | A | Dividend | K | T | Sold (part) | 03/05/15 | J | A | |
| 33. | | | | | | | | | |
| 34. Carefusion Corp. | | None | | | Sold | 03/17/15 | K | D | Open Market |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 04/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Avago Technologies | A | Dividend | L | T | | | | | |
| 36. ACE Ltd | A | Dividend | K | T | | | | | |
| 37. Apple Inc | A | Dividend | K | T | | | | | |
| 38. ISHARES MSCI Emerging Markets | C | Dividend | M | T | Buy (add'l) | 10/13/15 | M | | |
| 39. JP Morgan Chase | A | Dividend | K | T | | | | | |
| 40. Apex Operating Co., LLC | | None | M | W | | | | | |
| 41. | | | | | | | | | |
| 42. Hyundai Motors | | None | | | Sold | 03/11/15 | J | | Open Market (loss) |
| 43. Pioneer Oak Ridge Small Cap | | None | L | T | Sold (part) | 03/05/15 | J | A | |
| 44. Vanguard Emerging Markets | | None | | | Sold | 10/06/15 | M | C | |
| 45. Noble Energy | A | Dividend | K | T | | | | | |
| 46. EMC Corp | A | Dividend | J | T | | | | | |
| 47. Siemens AG | A | Dividend | J | T | | | | | |
| 48. Johnson & Johnson | B | Dividend | K | T | | | | | |
| 49. U.S. Treasury Notes | D | Interest | M | T | | | | | |
| 50. Compass/BBVA check acct. | A | Interest | K | T | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 04/18/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. AXA IRA (93 holdings all below reporting threshold: $33.61 to $509.85. | B | Int./Div. | K | T | | | | | |
| 53. USAA CDs | A | Interest | K | T | | | | | |
| 54. USAA FUND ADVISOR ACCOUNT: (H) | | | | | | | | | |
| 55. USAA Growth Fund Instl | A | Distribution | L | T | Buy (add'l) | 12/08/15 | J | | |
| 56. USAA Income Stock Fund Instl | B | Dividend | L | T | Buy (add'l) | 12/08/15 | J | | |
| 57. USAA International Fund | B | Dividend | L | T | Buy (add'l) | 12/08/15 | J | | |
| 58. USAA Small Cap Stock Fund | B | Distribution | K | T | Buy (add'l) | 12/08/15 | J | | |
| 59. USAA Emerging Maarkets Fund | A | Dividend | K | T | | | | | |
| 60. USAA Precious Metals Fund | A | Distribution | J | T | | | | | |
| 61. USAA High Income Fund | B | Distribution | K | T | | | | | |
| 62. USAA Income Fund Institutional | C | Dividend | M | T | | | | | |
| 63. USAA Intrm-Term Bond Fund | A | Dividend | L | T | | | | | |
| 64. USAA Real Return Funds | A | Dividend | J | T | | | | | |
| 65. USAA Short-Term Bond Fund | B | Distribution | L | T | | | | | |
| 66. USAA Managed Allocation Fund | B | Dividend | L | T | Buy (add'l) | 12/29/15 | J | | |
| 67. USAA Subscriber's Account | A | Distribution | J | T | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| PARKER, JAMES A. | 04/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. Charles Schwab Money Fund | A | Interest | J | T | | | | | |
| 71. | | | | | | | | | |
| 72. | | | | | | | | | |
| 73. | | | | | | | | | |
| 74. | | | | | | | | | |
| 75. | | | | | | | | | |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 04/18/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The entries on Lines 3, 5,7,8,9,10,14,16,17,18,19,20, and 21, Part VII reflect my 2% ownership interest in JPFP Family, LLC which is the owner of the assets described on those lines.

The Adams Co., Colorado mineral properties reported on Line 16, Part VII are working interests; in addition there were royalty interests in Adams Co. that produced income in catagory A and that had a year end Value K under value code U.

The Weld Co., Colorado mineral properties reported on Line 18, Part VII are working interests; in addition there were royalty interests in Weld Co. that produced income in catagory G and that had a year end Value N under value code U.

The securities shown on Lines 25 through 49 of Part VII were held during 2015 by Fiduciary Trust International either in an I.R.A. account and/or in managed accounts.

The securities shown on Lines 55 through 67 of Part VII were held during 2015 by USAA either in an I.R.A. account and/or in a managed account.

The asset shown on Line 6 was sold to a qualified intermediary, Asset Preservation, in a 1031 exchange that was finalized April 4, 2016.

On March 17, 2015 I acquired shares of Becton Dickson & Co of a value in catagory J in a merger with Carefusion Corp (Line 34, Part VII). On June 17, 2015 I sold the shares of Becton Dickson & Co. for a value in catagory J with a gain in catagory A.

I own interests in Denver Minerals & Royalty (Line 22, Part VII) both individually and through my 2% ownership of JPFP Family, LLC, which also owns an interest in Denver Minerals & Royalty. The income and year end values shown on Line 22 are a combination of my personal and derivative interests.`

The Charles Schwab Money Fund shown on Line 70, Part VII is an account into which distributions from Bascom ValueAdded Investors II (Line 1, Part VII) are deposited; it is an asset different from the Schwab Gov Money Fund that was sold during 2014 and was reported on Line 79, Part VII of my 2014 Report

Frisco Energy, LLC; L.E. Jones Operating, Inc.; Mustang Fuel Corp.; and David W. Potts Land and Exploration paid royalties during 2015 on the mineral properties in Love County, Oklahoma shown on Line 12, Part VII.

Suncor Energy Marketing, Inc.; Peterson Energy Operating, Inc.; Sovereign Energy, LLC; and Kerr-McGee Oil & Gas paid royalties or made distributions on working interests during 2015 on the mineral properties in Adams County, Colorado shown on Line 16, Part VII.

Sovereign Energy, LLC paid royalties during 2015 on the mineral properties in Arapahoe County, Colorado shown on Line 17, Part VII.

Lilis Energy, Inc.; Noble Energy; Kerr-McGee Oil & Gas; Encana Oil & Gas; and Suncor Energy Marketing, Inc paid royalties or made distributions on working interests during 2015 on the mineral properties in Weld County, Colorado shown on Line 18, Part VII.

Plains Marketing, LP; and Sovereign Energy, LLC made distributions on working interests during 2015 on the mineral properties in Washington County, Colorado shown on Line 19, Part VII.

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 04/18/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JAMES A. PARKER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544